IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00371-RPM

KAREN RAE SMITH,

      Plaintiff,

v.

LARRY HALEM,

      Defendant.

_____

ORDER SETTING TRIAL DATE
_____

Pursuant to the calendar call today, it is

ORDERED that this matter is set for trial to jury on **May 29, 2012, at 8:30 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**. It is

FURTHER ORDERED that a proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.** on or before **April 27, 2012.** Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**.

DATED: October 28th, 2011

                                BY THE COURT:

                                s/Richard P. Matsch
                                _____
                                Richard P. Matsch, Senior District Judge