## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.:  11-CV-00371- RPM-MJW

KAREN RAE SMITH,

    Plaintiff,

vs.

LARRY HALEM,

    Defendant.

---

## ORDER GRANTING STIPULATION TO DISMISS PLAINTIFF'S CLAIMS AGAINST DEFENDANT LARRY HALEM WITH PREJUDICE

---

THE COURT, having reviewed the Stipulation to Dismiss Plaintiff's Claims against Defendant Larry Halem with Prejudice, and being fully advised in the premises,

ORDERS that Plaintiff Karen Rae Smith's claims against Defendant Larry Halem shall be and are dismissed with prejudice. Each party is responsible for their own attorney's fees and costs.

DATED:  March 9, 2012

                                        BY THE COURT:

                                        s/Richard P. Matsch

                                        _____
                                        Richard P. Matsch, Senior Judge